Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

_____ Division

Case No. 2:22-CV-1795
(to be filled in by the Clerk's Office)

Jamaal R. Griffin
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

UPMC- Presbyterian
UPMC- Police Security Services
Suresvale P.D

_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

**FILED**

02/01/2023

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Jamaal R. Griffin
   All other names by which you have been known:
   ID Number: LV-3195
   Current Institution: SCI - Fayette
   Address: 50 Overlock Drive
   LaBelle, PA 15450
   City / State / Zip Code

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: UPMC - Presbyterian Hospital
   Job or Title (if known): 200 Medical
   Shield Number:
   Employer:
   Address: 200 Presbyterian Lothrop Street
   Pittsburgh, PA 15213
   City / State / Zip Code
   ☐ Individual capacity   ☒ Official capacity

   Defendant No. 2
   Name: Swissvale Police Department
   Job or Title (if known):
   Shield Number: 27069
   Employer:
   Address: Swissvale Borough
   City / State / Zip Code
   ☐ Individual capacity   ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
 Name: UPMC-Security Police Service
 Job or Title (if known): UPMC-Security Service Police
 Shield Number: 6355
 Employer: Police Security Service
 Address:
 City / State / Zip Code
 [ ] Individual capacity   [X] Official capacity

Defendant No. 4
 Name: Pa. State Parole
 Job or Title (if known):
 Shield Number:
 Employer: Pa. State Parole
 Address: 1101 South Front Street Suite 5100
 Harrisburg, PA 17104-2517
 [ ] Individual capacity   [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

 [ ] Federal officials (a *Bivens* claim)

 [X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
6th Amendment a right to be heard Pennsylvania Article (1) Section 9 Court Pa. Const. Article (1) Section 26, 8. Pursuant to United States Constitution 14th Amendment 5th Amendment 4th Amendment 1st Amendment 6th Amendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Statement of Claim        CP-02-CR-0003684-2021

Swissvale Police did not get into the ambulance when taken to UPMC-Presbyterian, they called and said to detain, the Plaintiff, After medications was given to the Plaintiff, They hide the video footage I been requesting In the Case, which is violation of ones right Rule 573

Discovery: The UPMC-Police Security Serves called State Parole, Requesting a Warrant for my arrest, As the Actwitve warrant, with No discovery of So.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Acted under color of State, 1983

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* Convicted to 2 years Probation, A Plea agreement with Prosecutor Kila Fitzpatrick, Because the Mens Rea Connect with Acus Reus.

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

I was sent to UPMC-Presbyterian Hospital and they gave me medication That gave me problems breathing, And I did not know what was going on

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Medical male practice, Malicious prosecution

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [X] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

The Swissvale police, came to 7536 Short St. in Swissvale of Pittsburgh. By a amblance from hitting me head, there was a medical emergency, that they gave me Navcan, With know Opaites in his system As the medical records shows from the UPMC-Presbyterian Hospital, While under sedatives officer Stoled belongs off the Plaintiff Jacket

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

The Incident happened in UPMC-Presbyterian Hospital Stolen Jacket

Page 4 of 11

C. What date and approximate time did the events giving rise to your claim(s) occur?

12/9/2020 At 9:15

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was given medication that me stop, Being able to breath Not giving me the correct treatment, from Sedation

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Over Sedation ① level 1 Trauma from medication focal seizures extremities and curling of both hands inward.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want the court to have UPMC-Presbyterian Hospital to explane why there was not a officer, In the room, while I was under arrest after Surgery, On my Nose, And get my Jacket, 1,000,000. dollars

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

12/9/2020    9:15 Am

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The UPMC-Presbyterian Hospital gave me, Narcan, Then some other Medication that was a Sedative, That effected my thinking, That was Causeing me to have Seizures, Then Stole my Winter Jacket Molshiaty Exhib: Medical Records from UPMC-Presbyterian Hospital

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Seizures, over sedation by the UPMC-Presbyterian, Then They called the UPMC-Presbyterian-Police Security Service, They falsely reported I had a warrant for my arrest by Parole, Then by the Swissvale Police

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1,000,000. dollars for the damages that was done, And pay for my Jacket, They never followed policy and procedures when a person is under arrest, There Should been, A Security at the room.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/9/2022

Signature of Plaintiff: *Jamaal R. Griffin*
Printed Name of Plaintiff: Jamaal R. Griffin
Prison Identification #: LV-3195
Prison Address: SCI-Fayette 50 Overlook Drive
LABELLE, PA 15450
City / State / Zip Code

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address: SCI-Fayett 50 Overlook Drive
LaBelle, PA 15450
City / State / Zip Code
Telephone Number: 931-217-5543
E-mail Address: logicalchoice565@yahoo.com